■ In the Matter of VEINE ALSTRANNER, Petitioner, v DONALD SELSKY, as Director of Special Housing for the Department of Correctional Services, Respondent. [666 NYS2d 54] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner seeks to annul a prison disciplinary determination which found him guilty of using a controlled substance and failing to comply with temporary release rules and regulations. Inasmuch as the Attorney-General has advised this Court by letter that the determination under review in this proceeding has been administratively reversed, the matter is moot and the petition is dismissed (*see, Matter of Di Rose v Goord*, 242 AD2d 779).

Mikoll, J. P., Mercure, White, Yesawich Jr. and Spain, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.